UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No. 2:17-cr-22
                                                      HON. PAUL L. MALONEY

JESSICA LYNN TOBIAS,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 1, 2017, for an initial appearance and arraignment on the Indictment charging her with one count of Conspiracy to Distribute and Possess with Intent to Distribute Heroin.

Defendant shall be detained and undergo physical health, mental health and substance abuse assessments, which will be arranged by pretrial services. Defendant may request a detention hearing at any time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                             /s/ Timothy P. Greeley
                                                            TIMOTHY P. GREELEY
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2017