UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                     Case No. 2:17-cr-22
                                                   HON. PAUL L. MALONEY

JESSICA LYNN TOBIAS,

          Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on October 12, 2017 on a bond violation after her removal from in-patient treatment. Defendant reserved the right to request a hearing if alternative treatment can be found

IT IS HEREBY ORDERED that defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                       */s/ Timothy P. Greeley*
                                                       TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2017